UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

..................................................

MICKY FONG,

    Petitioner,

-against-

LAWRENCE SEARS,

    Respondent.

..................................................

Not For Publication
O R D E R

CV-06-5597 (CBA)

AMON, United States District Judge

On January 14, 2009, Magistrate Judge James Orenstein filed a Report and Recommendation (R&R) in the above-captioned case recommending that the petition of Micky Fong for habeas corpus be denied. No objections were filed by either party to the R&R.

The Court has conducted a *de novo* review of this petition and adopts the well-reasoned and thorough R&R as the opinion of the Court.

A Certificate of Appealability will not issue since petitioner has failed to make a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c)(2).

SO ORDERED.

Dated: Brooklyn, New York
      May 29, 2009

/S/
Carol Bagley Amon
United States District Judge